**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**DEXTER E GREEN,**

        **Defendants.**

**Case No. CR05-5736**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

The plaintiff appears through Assistant United States Attorney, Ken Tyndal.

The defendant appears personally and represented by counsel, Steve Krupa.

The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision by using marijuana on or about December 28, 2006 and January 3, 2007; failing to call the drug testing scheduling system on December 21, 2006, December 28, 2006, and January 11, 2007; and failing to comply with Department of Corrections supervision as of January 17, 2007. The defendant has been advised of the allegations and of his right to a hearing and the maximum consequences if found to have been in violation. The defendant freely and voluntarily acknowledged the alleged violations.

**NOW THEREFORE**, the court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the defendant be detained for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

        **February 23, 2007.**

        **s/ Karen L. Strombom**
        **Karen L. Strombom, U.S. Magistrate Judge**